```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0040--CR (JKS)
                              "USA V BRENT A. SEHM"
                              DEF 1.1 SEHM, BRENT A.

              Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
      Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 04/20/05
               Closed: 09/21/05
No. of Defendants: 1
   MJ Case Number:
              AKA:
  Location status: Other Custody
       Trial date:
       Terminated: YES
Needs interpreter: NO
Counsel of record: Jerald L. Brainin
                   Law Offices of Jerald L. Brainin
                   POB 66365
                   Los Angeles, CA 90066
                   310-397-3910
                   Serve: YES
                    Type: CJA
                    Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SEHM, BRENT A.

Document          Count    Citation and Description                          Disposition
--------          -----    ------------------------                          -----------
    1 -  1 IND      1      18:1014 LOAN AND CREDIT APPLICATIONS (F)          Sentenced
                                                                             (37-1)

    1 -  1 IND      2      18:1014 LOAN AND CREDIT APPLICATIONS (F)          Dismissed
                                                                             (38-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A05-0040--CR (JKS)
                    "USA V BRENT A. SEHM"

                      For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 04/20/05
           Closed: 09/21/05
No. of Defendants: 1


Document #   Filed       Docket text

    1 -   1  04/20/05    [Re: DEF 1] PLF 1 Indictment.

 NOTE -   1  04/21/05    [Re: DEF 1] Issued WOA.

    2 -   1  04/21/05    [Re: DEF 1] AHB Grand Jury Minutes re WOA to be issued, H.C ad pros to
                         follow; no bail set; def in State custody; set for arr & notify USM.

    3 -   1  04/21/05    [Re: DEF 1] PLF 1 motion (ex parte) (petition) for writ of H/C ad
                         prosequendum.

    4 -   1  04/26/05    [Re: DEF 1] JDR Order granting motion (petition) for writ of H/C ad
                         prosequendum (3-1). cc: USA, USM, def w/USM cy

    5 -   1  04/26/05    [Re: DEF 1] JDR Minute Order re Arr set for 4/29/05 at 9:30 a.m. cc:
                         USA, USM, USPO, def w/USM cy

   5A-   1  04/29/05    [Re: DEF 1] Return of WOA executed on 4/29/05.

   5A-   2  05/02/05    [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 4/29/05.

    6 -   1  05/02/05    [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Indt
                         (held 4/29/05); Ex parte session held re financial status; Fin Aff
                         ordered filed under seal; Kevin McCoy appointed as cnsl; def plead not
                         guilty to cts 1 and 2 of the Indt; def detained; det hrg set for 5/3/05
                         at 2:30 pm; PTMs due 5/20/05; tentative trial date set for 6/21/05 at
                         9:00 am; FPTC set for 6/6/05 at 11:00 am; def cnsl will be unavailable
                         for FPTC.  cc:  USA, FPD, USM, USPO, Judge Singleton

    6 -   2  05/02/05    {SEALED}

    7 -   1  05/02/05    {SEALED}

    8 -   1  05/02/05    [Re: DEF 1] JDR Order of Detention Pending Hearing; det hrg set for May
                         3, 2005 at 2:30 p.m.  cc:  USA, FPD, USM, USPO

    9 -   1  05/02/05    [Re: DEF 1] JDR Order regarding preparation for trial; meet & confer
                         date set for 5/2/05; PTMs due 5/20/05.  cc:  USA, FPD

   10 -   1  05/02/05    DEF 1 Attorney Appearance of K. McCoy (FPD).

   11 -   1  05/03/05    [Re: DEF 1] JKS Minute Order re FPTC set for 6/6/05 at 11:00 a.m.; TBJ
                         set for 6/21/05 at 9:00 a.m.; trial docs due 6/6/05. cc: USA, FPD, USM,
                         USPO, MJ Roberts, JC

   12 -   1  05/03/05    DEF 1 motion for bill of particulars.

   13 -   1  05/04/05    [Re: DEF 1] JDR Court Minutes [ECR: April Karper/Elisa Singleton] re
                         Detention Hrg (held 5/4/05); Detention continued; order of detention
                         pending trial filed; w/att list of exhibits and witnesses.  cc: USA,
                         FPD, USM, USPO

ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                          Page 1
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A05-0040--CR (JKS)
                             "USA V BRENT A. SEHM"
```

|                        |
| ---------------------- |
| For all filing dates   |

| Document # | Filed    | Docket text |
| ---------- | -------- | ----------- |
| 14 - 1     | 05/04/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. |
| 15 - 1     | 05/05/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 16 - 1     | 05/06/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bill of particulars (12-1). |
| 17 - 1     | 05/09/05 | [Re: DEF 1] JDR Minute Order granting motion for bill of particulars (12-1). cc: USA, FPD |
| 18 - 1     | 05/26/05 | [Re: DEF 1] Transcript re Detention Hearing (held 5/3/05). |
| 19 - 1     | 05/26/05 | DEF 1 motion on shortened time to continue Final Pretrial Conference w/att aff. |
| 20 - 1     | 05/27/05 | [Re: DEF 1] JKS Order granting motion on shortened time to continue Final Pretrial Conference (19-1); FPTC reset for 6/1/05 at 10:00 a.m. cc: USA, FPD, USM, USPO |
| 21 - 1     | 05/31/05 | [Re: DEF 1] JKS Minute Order re FPTC reset for 6/20/05 at 1:00 p.m. cc: USA< FPD, USM, USPO |
| 22 - 1     | 06/14/05 | DEF 1 Notice of Intent to change plea. |
| 23 - 1     | 06/14/05 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 24 - 1     | 06/14/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 25 - 1     | 06/14/05 | [Re: DEF 1] PLF 1 Trial Brief. |
| 26 - 1     | 06/15/05 | [Re: DEF 1] JKS Minute Order re PCOP hrg set for 6/20/05 at 1:00 p.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 27 - 1     | 06/21/05 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re PCOP/FPTC (held 06/20/05): Def plead Guilty to count 1 of the Indictment; count 2 of the Indictment to be dismissed at IOS; IOS set 09/08/05 at 9:00 a.m.; def's detention continued; TBJ set 06/21/05 at 9:00 a.m. VACATED. cc: usa, fpd, usm, uspo, Jury Clerk. |
| 28 - 1     | 08/18/05 | DEF 1 Unopposed motion to continue sentencing by seven days w/att aff. |
| 29 - 1     | 08/22/05 | [Re: DEF 1] JKS Minute Order granting unopposed motion to continue sentencing by seven days (28-1); IOS cont to 9/19/05 at 1:30 p.m. cc: USA, FPD, UMS, USPO |
| 30 - 1     | 08/22/05 | USM Return of svc on writ of HC Ad Pros re: DEF 1 on 4/29/05 -8/18/05. |
| 31 - 1     | 09/12/05 | [Re: DEF 1] JKS Minute Order re IOS RESET for 11:00 a.m. 9/19/05. cc: USA, FPD, USM, USPO |
| 32 - 1     | 09/12/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 33 - 1     | 09/12/05 | DEF 1 Sentencing Memorandum. |
| 34 - 1     | 09/16/05 | DEF 1 Supplemental Sentencing Memorandum. |
| 35 - 1     | 09/19/05 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re IOS (held 9/19/05); def sentenced as stated in judgment; def remanded; cnsl to |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0040--CR (JKS)
                               "USA V BRENT A. SEHM"
```

```
                              For all filing dates

Document #    Filed     Docket text
_____   _____   _____

                        advise crt if restitution ordered to be vacated; Off Record: govt cnsl
                        advised to file mot to dsms Ct 2 of Indt.  cc:  USA, FPD, USM, USPO

   36 -  1   09/19/05   [Re: DEF 1] PLF 1 motion to correct judgment.

   36 -  2   09/19/05   [Re: DEF 1] PLF 1 motion to dismiss count 2 of the Indictment.

   37 -  1   09/20/05   [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Indictment
                        (1-1); sent 30 mos; SR 60 mos; SA $100; Restitution $1,010.76. cc: USA,
                        FPD, USM, USPO, MJ Roberts, Finance, FLU, def w/cnsls cy

   36 -  3   09/21/05   [Re: DEF 1] JKS Order granting motion to correct judgment (36-1), motion
                        to dismiss count 2 of the Indictment (36-2). cc; USA, FPD, ECR

   38 -  1   09/21/05   [Re: DEF 1] JKS Judgment of Discharge dismissed or Other count(s) 2 of
                        the Indictment (1-1). cc: USA, FPD, USM, USPO, MJ Roberts, def w/cnsls
                        cy

   39 -  1   09/21/05   DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion to correct judgment
                        (36-1).

   40 -  1   09/22/05   [Re: DEF 1] JKS Judgment (Amended) pleaded guilty to count(s) 1 of the
                        Indictment (1-1); sent 30 mos; SR 60 mos; SA $100. cc: USA, FPD, USM,
                        USPO, MJ Roberts, Finance, FLU, def w/cnsls cy

   41 -  1   09/28/05   DEF 1 motion on shortened time to withdraw as counsel of record w/att
                        aff & exh.

   41 -  2   09/28/05   DEF 1 motion (request) on shortened time for appointment of substitute
                        counsel w/att aff & exh.

   42 -  1   09/28/05   DEF 1 motion on shortened time to extend the time for filing notice of
                        appeal by 30 days w/att aff.

   43 -  1   09/29/05   [Re: DEF 1] JKS Order granting motion on shortened time for FPD to
                        withdraw as counsel of record (41-1), motion (request) on shortened time
                        for appointment of substitute counsel (41-2). cc: USA, FPD, CJA Clerk

   44 -  1   09/29/05   [Re: DEF 1] JKS Order granting motion on shortened time to extend the
                        time for filing notice of appeal by 30 days (42-1); notice of appeal due
                        11/2/05. cc: USA, FPD, FPD CJA Clerk, Appeals Clerk

 NOTE -  2   10/03/05   Notation (re: Appeal): CJA appt forwarded to 9CCA by CJA Clerk.

   45 -  1   10/03/05   DEF 1 CJA appointment of J. Brainin.

   46 -  1   10/11/05   DEF 1 appeal to 9CCA of (40-1) filed 09/22/05. cc:USA, J. Brainin, USM.
                        PO, Judge Singleton, 9CCA

 NOTE -  3   10/12/05   Transmittal: Forwarded notice of appeal (46-1) to 9CCA.

   47 -  1   10/12/05   [Re: DEF 1] Cy 9CCA Time Schedule Order. (46-1) cc:USA, J Brainin,
                        USM,PO, Judge Singleton, 9CCA (original), ECR

   48 -  1   10/31/05   [Re: DEF 1] PARTIAL Transcript of IOS (held 9/19/05).

   49 -  1   10/31/05   DEF 1 Notice of filing of facsimile on behalf of counsel on shortend
                        time of faxed copy of Transcript Designation Form; CJA 24 voucher;
                        Transcript Order Form.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0040--CR (JKS)
                                 "USA V BRENT A. SEHM"

                                    For all filing dates

Document #    Filed       Docket text
_____    _____       _____

   50 -  1   11/01/05    [Re: DEF 1] JWS Order granting request on shortened time to accept
                         facsimile signatures of faxed copy of Transcript Designation Form; CJA
                         24 voucher; Transcript Order Form (51-1). cc: USA, FPD, J. Brainin, ECR,
                         Appeals Clerk

   51 -  1   11/01/05    DEF 1 Transcript Designation/Order Form re: notice of appeal (46-1)w/att
                         order form & CJA form. cc:ecr
```