CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

APR 0 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BRENT ALLAN SEHM,<br><br>Defendant - Appellant. | No. 05-30513<br><br>D.C. No. CR-05-00040-a-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for a second extension of time in which to file the opening brief is granted. The opening brief is due May 30, 2006; the answering brief is due June 29, 2006; and the optional reply brief is due 14 days after service of the answering brief.

This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b).

The opening brief was originally due January 10, 2006. Further delay in filing the opening brief is therefore disfavored.

*Peter L. Shaw*
~~General Order 6.3(e)~~

promo commissioner 3.27.06/cag