UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: November 2, 2006

To: Clerk's Office                              ATTN: ( ) CIVIL
    U.S. Court of Appeals
    1200 Sixth Ave., Ste 327               (XX) CRIMINAL
    Seattle, WA 98101
    ATTN: Stacy Lee Brebner             ( ) JUDGE

From: Robin Carter
      U.S. District Court
      222 W. 7th Ave., #4
      Anchorage, AK 99513

DC No: 3:05-cr-00040-JKS             Appeal No: CR-05-00040-a-JKS

Short title: USA v BRENT A. SEHM

Composition of Record

Clerk's Files in  1  volumes  (X) original  ( ) certified copy

      Bulky docs. _____ volumes, docket # _____
                            (folders)

Reporter's  in _____ volumes  ( ) original  ( ) certified copy
Transcripts

Exhibits:  in _____ envelopes  ( ) under seal

         in _____ boxes  ( ) under seal

Other: NOTE: Document 57 is electronic and available through PACER. (Certified copy of ACMS and ECF dockets enclosed)

(please note any documents filed under seal)


Acknowledgement: Robin Carter               Date: November 2, 2006
"record.app" [11/21/97]