UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV - 6 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

RECEIVED
NOV 13 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BRENT ALLAN SEHM,<br><br>Defendant - Appellant. | No. 05-30513<br><br>D.C. No. CR-05-00040-a-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

The merits panel to which this appeal is assigned directs that Appellant's motion to waive oral argument is DENIED.

FOR THE COURT
CATHY A. CATTERSON
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk