UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 21 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30513 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00040-a-JKS |
| v. | District of Alaska, Anchorage |
| BRENT ALLAN SEHM, | ORDER |
| Defendant - Appellant. | |

RECEIVED
DEC 08 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The merits panel to which this appeal is assigned directs that appellant's motion for continuance is DENIED. This matter is ordered submitted without oral argument on December 6, 2006, at Seattle, Washington. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By: *[signature]*
Jennifer Flowers
Deputy Clerk